IN RE:  Hussey, Hazel L                               )          Case No.  09 B 13985
                                                      )          Judge John H. Squires
                                                      )          Date   10/25/10


                                                                 Debtor Attorney:

                                                                 Damita G Buffington & Associates
                                                                 1525 E 53rd St Ste 622
                                                                 Chicago, IL  60615

Hazel L. Hussey
8934 S Essex
Chicago, IL  60617                                               Mail



Mail

---

### *Notice of Payment of Final Mortgage Cure Amount*
### *NOTE: Please refer to the confirmed plan to see if this notice applies to you.*

1) The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of
   Washington Mutual; Account No: 5533 COC; in the amount of $100.00 has been paid in full.

2) The holder is required to treat the mortgage as reinstated and fully current unless the debtor has
   failed to make timely payments of postpetition obligations.

3) If the debtor has failed to make timely payments of any postpetition obligations, the holder is required to
   itemize all outstanding payment obligations as of the date of the notice, and file a statement of these
   obligations with the court, giving notice to the standing trustee, the debtor, and any attorney for the
   debtor, within 60 days of service of the notice from the trustee (or longer time as the court may order).

4) If the holder fails to file and serve a statement of outstanding obligations within the required time, the
   holder is required to treat the mortgage as reinstated according to its original terms, fully current as of the
   date of the trustee's notice.

5) If the holder does serve a statement of outstanding obligations within the required time, the debtor may
   (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed
   with the court, on notice to the holder and the standing trustee, with the court resolving the challenge as a
   contested matter, or
   (ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges
   or the court determines to be due.

6) To the extent that amounts set forth on a timely filed statement of outstanding obligations are not
   determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of
   the holder to collect these amounts will be unaffected.

7) No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee                                 Creditor Address:
Suite 800
224 South Michigan Avenue                                        Washington Mutual
Chicago, IL  60604-2500                                          P O Box 41275
(312) 431-1300                                                   Jacksonville, FL  32203


                                                                 Mail